# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNIOR VILLANUEVA,<br><br>                           Petitioner,<br><br>v.<br><br>SUPERINTENDENT CLARK, *et al.*,<br><br>                           Respondents. | CIVIL ACTION NO. 17-610 |

## ORDER

**AND NOW**, this 6th day of December 2019, after a careful and independent consideration of the Petition for a Writ of Habeas Corpus and of the Report and Recommendation ("R&R") of the assigned Magistrate Judge [Doc. No. 16], Petitioner's objections thereto [Doc. No. 23], and the entire record in this case, and for the reasons stated in the accompanying Memorandum Opinion it is hereby **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED in part and DENIED in part** as follows:

1) Claim three is **GRANTED**. Accordingly, it is further **ORDERED** that petitioner's conviction and sentence are **VACATED**. The petitioner shall be released from custody (subject to any detainers) unless a retrial by the Commonwealth has commenced on or before April 6, 2020.

2) Claims one, two, four, and five are **DENIED** without an evidentiary hearing.

3) As to claims one, two, four, and five, there is no probable cause to issue a certificate of appealability[1]; and

4) The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                   **BY THE COURT:**

                                                   **/s/ Cynthia M. Rufe**

                                                   **CYNTHIA M. RUFE, J.**

---

[1] There is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation omitted).